# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | I Wanna Dance With Somebody Who Loves Me a/k/a Somebody Who Loves Me |
| Line 3 | Writer(s) | George Merrill; Shannon Rubicam |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music; Shannon Rubicam and George Robert Merrill, a partnership d/b/a Boy Meets Girl Music |
| Line 5 | Date(s) of Registration | 11/10/86   6/15/87   6/30/87 |
| Line 6 | Registration No(s). | PAu 901-755   PA 343-550   PAu 985-995 |
| Line 7 | Date(s) of Infringement | 2/18/2012 |
| Line 8 | Place of Infringement | Grand Canal-Buskers Burger Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | I Want You To Want Me |
| Line 3 | Writer(s) | Rick Nielsen |
| Line 4 | Publisher Plaintiff(s) | Ken Adamany, Rick Nielsen, Brad Carlson, Robin Zander and Tom Peterson, a partnership d/b/a Adult Music; Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 7/7/77   4/20/79 |
| Line 6 | Registration No(s). | Eu 809938   PA 42-276 |
| Line 7 | Date(s) of Infringement | 2/18/2012 |
| Line 8 | Place of Infringement | Grand Canal-Buskers Burger Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Jessie's Girl |
| Line 3 | Writer(s) | Richard Lewis Springthorpe a/k/a Rick Springfield |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 4/28/81    11/20/81 |
| Line 6 | Registration No(s). | PA 100-885  PA 124-280 |
| Line 7 | Date(s) of Infringement | 2/18/2012 |
| Line 8 | Place of Infringement | Grand Canal-Buskers Burger Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Nothin' But A Good Time |
| Line 3 | Writer(s) | Bret Michael Sychak p/k/a Bret Michaels; Bruce Anthony Johannesson p/k/a C.C. DeVille; Robert Harry Kuykendall p/k/a Bobby Dall; Richard Ream p/k/a Rikki Rockett |
| Line 4 | Publisher Plaintiff(s) | Robert Kuykendall, Richard A. Ream, Bruce Johannesson and Bret M. Sychak, a partnership d/b/a Cyanide Publishing |
| Line 5 | Date(s) of Registration | 8/15/88 |
| Line 6 | Registration No(s). | PA 377-966 |
| Line 7 | Date(s) of Infringement | 2/18/2012 |
| Line 8 | Place of Infringement | Grand Canal-Buskers Burger Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Proud Mary |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 12/27/68    7/11/69 |
| Line 6 | Registration No(s). | Eu 91333    Ep 260526 |
| Line 7 | Date(s) of Infringement | 2/18/2012 |
| Line 8 | Place of Infringement | Grand Canal-Buskers Burger Bar |